**COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. Paul SPEER, Executor of the ESTATE of Peter M. SPEER, Deceased, and Isabella P. Speer, Respondents.**

**No. 62.**

Circuit Court of Appeals, Second Circuit.

Dec. 16, 1935.

Frank J. Wideman, Asst. Atty. Gen., and Sewall Key, John MacC. Hudson, and Lucius A. Buck, Sp. Assts. to Atty. Gen., for petitioner.

Macklin, Brown, Lenahan & Speer, of New York City (Paul Speer, of New York City, of counsel), for respondents.

Ward Loveless, of Washington, D. C. (Ewing Everett, of New York City, and Frederick O. Graves of Washington, D. C., of counsel), amicus curiæ.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Decision affirmed.

**CRANE CO., a Corporation, Appellant, v. MERCO NORDSTROM VALVE CO., Appellee.**

**No. 7993.**

Circuit Court of Appeals, Ninth Circuit.

Dec. 20, 1935.

Miller & Boyken, of San Francisco, Cal., and Ira J. Wilson, of Chicago, Ill., for appellant.

Lyon & Lyon, of Los Angeles, Cal., and Wm. A. Strauch, of Washington, D. C., for appellee.

Before WILBUR, MATHEWS, and HANEY, Circuit Judges.

PER CURIAM.

Upon motion of appellant, ordered appeal dismissed, that a decree of dismissal be filed and entered accordingly, and the mandate of this court be issued forthwith.

**Carlton CUEVAS, Appellant, v. UNITED STATES of America, Appellee.**

**No. 7719.**

Circuit Court of Appeals, Fifth Circuit.

Dec. 19, 1935.

Sidney C. Mize, of Gulfport, Miss., for appellant.

R. M. Bourdeaux, U. S. Atty., of Meridian, Miss.

Before SIBLEY, HUTCHESON, and WALKER, Circuit Judges.

PER CURIAM.
The judgment is affirmed.